■ KENMORE CLUB, POLICE BENEVOLENT ASSOCIATION, INC., et al., Appellants, v COUNTY OF ERIE et al., Respondents.—Judgment unanimously affirmed, without costs, on the opinion at Special Term, Dillon, J. (Appeal from judgment of Erie Supreme Court—art 78.) Present—Marsh, P. J., Moule, Cardamone, Simons and Goldman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CORNELL ABRAMS, Respondent, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Appellant.—Appeal unanimously dismissed as moot (see *People ex rel. Greene v Smith,* 40 NY2d 826). (Appeal from judgment of Wyoming Supreme Court—habeas corpus.) Present—Marsh, P. J., Cardamone, Dillon, Goldman and Witmer, JJ.